the District Court of San Juan. Motion to dismiss appeal. Decided October 8, 1907. Appeal dismissed on account of failure to comply with the provisions of section 54 of the Rules of the Supreme Court. *Mr. Alvarez Nava* for petitioner. *Mr. López Landrón* for respondent.

No. 172. SOLÁ *v.* RAMIS ET AL.—Appeal from the District Court of Humacao. Motion to dismiss appeal. Decided October 8, 1907. Appeal dismissed on account of failure to comply with the provisions of section 54 of the Rules of the Supreme Court. *Mr. Sarmiento* for petitioner. *Messrs. Hartzell and Rodríguez Serra* for respondent.

No. 176. MUÑOZ *v.* LÓPEZ.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided October 8, 1907. Appeal dismissed on account of failure to comply with provisions of section 54 of the Rules of the Supreme Court. *Mr. Eduardo Acuña* for petitioner. *Messrs. Cuevillas and Méndez* for respondent.

No. 192. COLL *v.* AXTMAYER.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided October 8, 1907. Appeal dismissed on account of failure to comply with provisions of section 50 of the Rules of this court. *Mr. Cay. Coll Cuchí* for petitioner. *Mr. Mott* for respondent.

No. 194. FRITZE, LUNDT & Co. *v.* ROMERO.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided October 8, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure, and sections 50 and 54 of the Rules of this court. *Mr. Sama* for petitioner. *Mr. Arnaldo* for respondent.